UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOREN POLLACK and
JENNIFER POLLACK,

    Plaintiffs,

v.

Case No. 25-cv-12310
Hon. Matthew F. Leitman

ESTATE OF SHARON QUINN,

    Defendant.

_____/

### ORDER (1) DENYING PLAINTIFFS' EMERGENCY MOTION FOR NARROW, TEMPORARY STAY OF PARALLEL STATE-COURT PROCEEDINGS (ECF No. 19) AND (2) SETTING BRIEFING SCHEDULE FOR PROCEEDINGS RELATED TO THE EXISTENCE OF THE COURT'S SUBJECT-MATTER JURISDICTION

On January 26, 2026, Plaintiffs Loren and Jennifer Pollack filed a motion in this action in which they requested that the Court enter a stay of parallel state-court proceedings that the Pollacks are currently litigating with Defendant Estate of Sharon Quinn (the "Estate") in the Oakland County Circuit Court. (*See* Mot., ECF No. 19.)  The Court held an on-the-record Zoom status conference with the parties to discuss the motion on January 29, 2026.  For the reasons explained on the record, the motion is **DENIED**.  The Court declines, at this time, to enter any stay of proceedings related to the state-court action, including but not limited to staying any disbursement of funds that may be authorized in that action.

1

The Court further discussed with the parties its ongoing concern about whether it has subject-matter jurisdiction over this action. By no later than **March 16, 2026**, the Pollacks shall file a supplemental brief (1) addressing the subjects that the Court identified during the status conference and (2) explaining why the federal statutes on which they purport to base their claims apply to the Estate and the transactions involved in this action. The Estate shall file a response to the Pollacks' supplemental brief by no later than **April 17, 2026**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: January 29, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 29, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2