UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOREN POLLACK and
JENNIFER POLLACK,

      Plaintiffs,

v.

ESTATE OF SHARON QUINN,

      Defendant.

Case No. 25-cv-12310
Hon. Matthew F. Leitman

_____/

### ORDER GRANTING PLAINTIFFS' MOTIONS FOR AN EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEF (ECF Nos. 27, 28)

On January 29, 2026, the Court issued an order in which it directed Plaintiffs Loren and Jennifer Pollack to file a supplemental brief regarding the existence of the Court's subject-matter jurisdiction by no later than March 16, 2026. (*See* Order, ECF No. 21.) On March 16, 2026, Plaintiffs filed two identical motions to extend that response deadline by 10 days due to a medical emergency. (*See* Mots., ECF Nos. 27, 28.) The Court has reviewed the motions and concludes that granting Plaintiffs a 30-day extension is appropriate. Accordingly, the motions are **GRANTED** and Plaintiffs shall file their supplemental brief by no later than **April 17, 2026**.

      **IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
Dated: March 16, 2026      UNITED STATES DISTRICT JUDGE

1

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 16, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126