UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOREN POLLACK and
JENNIFER POLLACK,

     Plaintiffs,

v.

ESTATE OF SHARON QUINN,

     Defendant.

Case No. 25-cv-12310
Hon. Matthew F. Leitman

_____/

## **JUDGMENT**

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is

**DISMISSED WITHOUT PREJUDICE**.

KINIKIA ESSIX
CLERK OF COURT

By:   s/Holly A. Ryan_____
       Deputy Clerk

Approved:

s/Matthew F. Leitman_____
MATTHEW F. LEITMAN
United States District Judge

Dated:  June 16, 2026
Detroit, Michigan

1